# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Trenga, Anthony J | 2. Court or Organization<br><br>U.S. District Court, ED VA | 3. Date of Report<br><br>07/21/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Nominee | 5a. Report Type (check appropriate type)<br><br>☒ Nomination,    Date 07/17/2008<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2007<br>to<br>06/30/2008 |
| 7. Chambers or Office Address<br><br>655 Fifteenth Street, N.W.<br>Suite 900<br>Washington, DC 20005 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Miller & Chevalier Chartered |
| 2. Director, Secretary and General Counsel | Bethesda Center for Excellence |
| 3. Member | VA CLE Committee |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. 1998 | Miller & Chevalier Employment Agreement |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2008 | Miller & Chevalier, member compensation | $ 218,750 |
| 2. | 2007 | Miller & Chevalier, member compensation | $ 709,857 |
| 3. | 2006 | Miller & Chevalier, member compensation | $ 897,751 |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Potomac Sailmakers, salary |
| 2. | 2007 | Potomac Sailmakers, salary |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Brokerage Account #1 | | | | | EXEMPT | | | | |
| 2. -money market account | D | Interest | N | T | EXEMPT | | | | |
| 3. -MMM common stock | B | Dividend | K | T | | | | | |
| 4. -AIG common stock | A | Dividend | J | T | | | | | |
| 5. -BAC common stock | B | Dividend | K | T | | | | | |
| 6. -BRKZB common stock | | None | L | T | | | | | |
| 7. -CPB common stock | B | Dividend | L | T | | | | | |
| 8. -CNI common stock | A | Dividend | L | T | | | | | |
| 9. -CTAS common stock | A | Dividend | K | T | | | | | |
| 10. -KO | B | Dividend | L | T | | | | | |
| 11. -DEO stock (ADRs) | B | Dividend | L | T | | | | | |
| 12. -D common stock | B | Dividend | L | T | | | | | |
| 13. -FO common stock | A | Dividend | K | T | | | | | |
| 14. -GE common stock | B | Dividend | L | T | | | | | |
| 15. -GAIN comon stock | B | Dividend | J | T | | | | | |
| 16. -GE common stock | C | Dividend | L | T | | | | | |
| 17. -ISCA common stock-A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -IYZ stock (index fund) | A | Dividend | K | T | | | | | |
| 19. -JNJ common stock | B | Dividend | K | T | | | | | |
| 20. -MCD common stock | B | Dividend | K | T | | | | | |
| 21 -MSFT commonn stock | B | Dividend | L | T | | | | | |
| 22 -NGG stock (ADRs) | B | Dividend | K | T | | | | | |
| 23. -ORCL common stock | | None | J | T | | | | | |
| 24 -PFE common stock | C | Dividend | K | T | | | | | |
| 25. -PBI common stock | B | Dividend | L | T | | | | | |
| 26. -PGN common stock | C | Dividend | L | T | | | | | |
| 27. -GLD | | None | K | T | | | | | |
| 28. -TFX common stock | B | Dividend | L | T | | | | | |
| 29. -UL stock (ADRs) | B | Dividend | L | T | | | | | |
| 30. -UPS common stock | B | Dividend | K | T | | | | | |
| 31. -UTX common stock | B | Dividend | L | T | | | | | |
| 32. -VLO common stock | A | Dividend | K | T | | | | | |
| 33. -WMT common stock | A | Dividend | K | T | | | | | |
| 34. -WAG common stock | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -WFSL common stock | B | Dividend | K | T | | | | | |
| 36. -WMI common stock | B | Dividend | | | | | | | |
| 37. -WRI common stock | A | Dividend | K | T | | | | | |
| 38. -WTM common stock | A | Dividend | K | T | | | | | |
| 39. -WYE common stock | B | Dividend | K | T | | | | | |
| 40. -303820Q49 tax exempt Bd (Fairfax, VA) | C | Interest | K | T | | | | | |
| 41. -40952MAPO tax exempt Bd. (Hampton, VA) | A | Interest | J | T | | | | | |
| 42. -42605MBH4 tax exempt Bd. (Henrico, VA) | A | Interest | J | T | | | | | |
| 43. -927780YEO tax exempt Bd. (Va. St.) | A | Interest | K | T | | | | | |
| 44. -927780UTI tax exempt Bd. (Va. St.) | A | Interest | J | T | | | | | |
| 45. -SGENX mutual fund | | None | K | T | | | | | |
| 46. -BAM common stock | A | Dividend | | | | | | | |
| 47. -C common stock | A | Dividend | | | | | | | |
| 48. -ECA common stock | A | Dividend | | | | | | | |
| 49. -Florida Rock common stock | A | Dividend | | | | | | | |
| 50. -GCI common stock | A | Dividend | | | | | | | |
| 51. -GGG common stock | A | Dividend | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -HD common stock | A | Dividend | | | | | | | |
| 53. -IR common stock | A | Dividend | | | | | | | |
| 54. -Kraft Foods common stock | A | Dividend | | | | | | | |
| 55. -MWA'B | A | Dividend | | | | | | | |
| 56. -Suffolk Va. tax-exempt bond | A | Interest | | | | | | | |
| 57. -AFL common stock | A | Dividend | | | | | | | |
| 58. -MO common stock | A | Dividend | | | | | | | |
| 59. -AXP common stock | A | Dividend | | | | | | | |
| 60. -BJS common stock | A | Dividend | | | | | | | |
| 61. -COSWF common stock | A | Dividend | | | | | | | |
| 62. -CVX common stock | A | Dividend | | | | | | | |
| 63. -XEC common stock | A | Dividend | | | | | | | |
| 64. -LUK common stock | A | Dividend | | | | | | | |
| 65. -MCD common stock | A | Dividend | | | | | | | |
| 66. -MOT common stock | A | Dividend | | | | | | | |
| 67. -PM common stock | A | Dividend | | | | | | | |
| 68. -SNV common stock | A | Dividend | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -TSS common stock | A | Dividend | | | | | | | |
| 70. -WFC common stock | A | Dividend | | | | | | | |
| 71. -MPG.A preferred stock | A | Dividend | | | | | | | |
| 72. -Montgomery Va  tax-exempt bond | A | Interest | | | | | | | |
| 73. -BRCLY taxable bond | A | Interest | | | | | | | |
| 74. Brokerage Account #2 (IRA) | | | | | | | | | |
| 75. -Money Market VMMXX | A | Interest | J | T | | | | | |
| 76. -AIG | A | Dividend | J | T | | | | | |
| 77. -BDV common stock | B | Dividend | K | T | | | | | |
| 78. -CDR common stock | B | Dividend | K | T | | | | | |
| 79. -COD I stock | B | Dividend | K | T | | | | | |
| 80. -DRH common stock | B | Dividend | K | T | | | | | |
| 81. -GLAD common stock | B | Dividend | K | T | | | | | |
| 82. -GOOD common stock | B | Dividend | J | T | | | | | |
| 83. -HPT common stock | C | Dividend | | | | | | | |
| 84. -OLP common stock | B | Dividend | K | T | | | | | |
| 85. -ARE.C preferred stock | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -ABW.A preferred stock | B | Dividend | J | T | | | | | |
| 87. -CCPCN preferred stock | C | Dividend | K | T | | | | | |
| 88. -CPL.C preferred stock | B | Dividend | J | T | | | | | |
| 89. -CDR.A preferred stock | B | Dividend | K | T | | | | | |
| 90. -C.O preferred stock | B | Dividend | K | T | | | | | |
| 91. -OFG G preferred stock | B | Dividend | J | T | | | | | |
| 92. -DDR.G preferred stock | B | Dividend | K | T | | | | | |
| 93. -GOODO preferred stock | B | Dividend | J | T | | | | | |
| 94. -NNN.C preferred stock | B | Dividend | K | T | | | | | |
| 95. -NBD preferred stock | B | Dividend | J | T | | | | | |
| 96. -PRE.C preferred stock | B | Dividend | J | T | | | | | |
| 97. -OUI preferred stock | B | Dividend | K | T | | | | | |
| 98. -BFS.A preferred stock | B | Dividend | J | T | | | | | |
| 99. -American Gen. taxable bond 02635PTB9 | B | Interest | K | T | | | | | |
| 100. -Barclays Bank taxable bond 06738CK40 | | None | K | T | | | | | |
| 101. -Barcly Perform taxable bond 06738CMS5 | | None | K | T | | | | | |
| 102. -Constltn Brds taxable bond 21036PADO | B | Interest | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Credit Suisse taxable bond 22541FDN3 | | None | K | T | | | | | |
| 104. -Dayton Hudson taxable bond 239753BK1 | B | Interest | K | T | | | | | |
| 105. -Donnelley R taxable bond 257867AM3 | B | Interest | K | T | | | | | |
| 106. -Elec Data Stp taxable bond 285661AD6 | B | Interest | K | T | | | | | |
| 107. -Fortune Nt taxable bond 349631AL5 | B | Interest | K | T | | | | | |
| 108. -Fund American Co taxable bond 36077BAA5 | B | Interest | K | T | | | | | |
| 109. -GE Global Insu taxable bond 36158FAC4 | B | Interest | J | T | | | | | |
| 110. -Genwrth Fnl taxable bond 37247XAE2 | B | Interest | K | T | | | | | |
| 111. -GTE Nthwest taxable bond 36233RAF0 | B | Interest | K | T | | | | | |
| 112. -GTE Nthwest taxable bond 36233RAG8 | A | Interest | J | T | | | | | |
| 113 -Markel Corp taxable bond 570535AF1 | B | Interest | K | T | | | | | |
| 114. -Morgan Comdts taxable bond 6174464T3 | | None | K | T | | | | | |
| 115 -Morgan Stanley taxable bond 6174462G3 | | None | K | T | | | | | |
| 116. -Nabisco Inc taxable bond 629527AU6 | C | Interest | K | T | | | | | |
| 117. -Nextel Commu taxable bond 65332VBH5 | B | Interest | K | T | | | | | |
| 118. -Premcor Refng taxable bond 74047PAH7 | B | Interest | K | T | | | | | |
| 119 -Royal Amem Bk taxable bond 78004TBG2 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -SLM Corp Var taxable bond 78490FSZ3 | | None | K | T | | | | | |
| 121. -Toyota Mtr Var taxable bond 89233PV37 | C | Interest | K | T | | | | | |
| 122. -Verizon Vir taxable bond 92345NAA8 | B | Interest | K | T | | | | | |
| 123. -Xerox Corp taxable bond 98412BM4 | B | Interest | K | T | | | | | |
| 124. -BRE PPTY INC preferred B 05564E403 | A | Dividend | | | | | | | |
| 125. -SG CMS SPRD VAR taxable bond 78422XNH2 | A | Interest | | | | | | | |
| 126. -WASHINGTON taxable bond 939671AB9 | A | Interest | | | | | | | |
| 127. -MERRILL MTN VAR taxable bond 59018YB67 | A | Interest | | | | | | | |
| 128. -INTL Lease taxable bond 45974EACO | A | Interest | | | | | | | |
| 129. -WFC common stock | A | Dividend | | | | | | | |
| 130. -Rabobank taxable bond 74977ENM1 | C | Interest | | | | | | | |
| 131. Brokerage Account #3 (IRA) | | | | | | | | | |
| 132. -money market CLASS A 196 | A | Interest | J | T | | | | | |
| 133. -BDV stock | A | Dividend | J | T | | | | | |
| 134. -BGR stock | A | Dividend | J | T | | | | | |
| 135. -BALCX mutual fund | A | Dividend | J | T | | | | | |
| 136. -MARKEL CORP taxable bond 570535AE4 | A | Interest | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -WSHCX mutual fund | | None | J | T | | | | | |
| 138. Brokerage Account #4 | | | | | | | | | |
| 139. -Money Market | A | Interest | J | T | | | | | |
| 140. -BRKZB | A | Dividend | J | T | | | | | |
| 141. -WSHCX | | None | J | T | | | | | |
| 142. Brokerage Account #5 | | | | | | | | | |
| 143. -MO common stock | A | Dividend | J | T | | | | | |
| 144. -AXP common stock | A | Dividend | J | T | | | | | |
| 145. -AIG common stock | A | Dividend | J | T | | | | | |
| 146. -BAC common stock | A | Dividend | J | T | | | | | |
| 147. -BMY common stock | A | Dividend | J | T | | | | | |
| 148. -C common stock | A | Dividend | J | T | | | | | |
| 149. -DIS common stock | A | Dividend | J | T | | | | | |
| 150. -D common stock | A | Dividend | J | T | | | | | |
| 151. -GE common stock | A | Dividend | J | T | | | | | |
| 152. -INTC common stock | A | Dividend | J | T | | | | | |
| 153. -SJM common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -JNJ common stock | A | Dividend | J | T | | | | | |
| 155. -MOT common stock | A | Dividend | J | T | | | | | |
| 156. -ORCL common stock | | None | J | T | | | | | |
| 157. -PFE common stock | A | Dividend | J | T | | | | | |
| 158. -PG common stock | A | Dividend | J | T | | | | | |
| 159. -SVNT common stock | | None | J | T | | | | | |
| 160. -TXN common stock | A | Dividend | J | T | | | | | |
| 161. -Money market acct. | A | Dividend | J | T | | | | | |
| 162. FISERV IRA | | None | J | T | | | | | |
| 163. -CREALDE MALL NOTE | C | Dividend | K | T | | | | | |
| 164. ING Pension IRA | | | | | | | | | |
| 165. -Oppenheimer Global Port. - I | A | Dividend | J | T | | | | | |
| 166. UBS Account #1 | | | | | | | | | |
| 167. -GE common stock | A | Dividend | J | T | | | | | |
| 168. -Money market acct. | A | Dividend | J | T | | | | | |
| 169. -Pace Large Co Value Equity Investment Fund Class A | A | Dividend | J | T | | | | | |
| 170. UBS Account #2 | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Money market acct. | A | Dividend | J | T | | | | | |
| 172. -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | J | T | | | | | |
| 173. -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | J | T | | | | | |
| 174. -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | J | T | | | | | |
| 175. -Eastgrowth TSY STRPD CPN | A | Dividend | J | T | | | | | |
| 176. -Treasury Investment Growth | A | Dividend | J | T | | | | | |
| 177 UBS Account #3 (SEP) | A | Interest | J | T | | | | | |
| 178. -Pace Int'l Equity Investment Fund CL A | A | Interest | J | T | | | | | |
| 179. Brokerage Account #6 | | | | | | | | | |
| 180. -Legg Mason Opportunity Trust Primary Class Mutual Fund | A | Dividend | J | T | | | | | |
| 181. -Morgan Stanley US Gov't Sec TR B Mutual Fund | A | Dividend | J | T | | | | | |
| 182. Janus Fund (JANSX) | A | Dividend | J | T | | | | | |
| 183. IBM common stock | A | Dividend | J | T | | | | | |
| 184. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 185. American Century Growth Mutual Fund (TWXCGX) | A | Dividend | J | T | | | | | |
| 186. Navy Federal Credit Union (IRA #1) (CD) | A | Dividend | J | T | | | | | |
| 187. Navy Federal Credit Union (IRA #2) (CD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Navy Federal Credit Union CD | B | Interest | K | T | | | | | |
| 189. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |
| 190. Virginia Commerce Bank CD | A | Interest | J | T | | | | | |
| 191. Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 192. Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 193. First Republic Bank Account | A | Interest | K | T | | | | | |
| 194. Brokerage Account #7 (401-K) | | | | | | | | | |
| 195. -AGTHX Mutual Fund | C | Dividend | M | T | | | | | |
| 196. -ANCFX Mutual Fund | C | Dividend | M | T | | | | | |
| 197. -AMECX Mutual Fund | C | Dividend | L | T | | | | | |
| 198. -JAVLX Mutual Fund | A | Dividend | L | T | | | | | |
| 199. -AHITX Mutual Fund | A | Dividend | J | T | | | | | |
| 200. -EMIXX Money Market | A | Dividend | J | T | | | | | |
| 201. Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | M | T | | | | | |
| 202. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 203. Reliastar Life SEC DES II 08/2000 Nationwide | A | Dividend | J | T | | | | | |
| 204. SFT Holdings LLC Stock | | None | J | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Brokerage Account #8 (Closed Oct 2007)-Past Transactions | | | | | | | | | |
| 206. -ANGLO AMER. ADR 03485P-10-2 | A | Dividend | | | | | | | |
| 207. -BNI common stock | A | Dividend | | | | | | | |
| 208. -STZ common stock | A | Dividend | | | | | | | |
| 209. -RRD common stock | A | Dividend | | | | | | | |
| 210 -First Trust Y ALUE LN 100 Mutual Fund | A | Dividend | | | | | | | |
| 211. -FO common stock | A | Dividend | | | | | | | |
| 212. -HNZ common stock | A | Dividend | | | | | | | |
| 213. -KMB common stock | A | Dividend | | | | | | | |
| 214. -NSC common stock | A | Dividend | | | | | | | |
| 215. -ORH common stock | A | Dividend | | | | | | | |
| 216. -EMF Mutual Fund | A | Dividend | | | | | | | |
| 217. -TYCO Int'l Ltd. New | A | Dividend | | | | | | | |
| 218. -UPS common stock | A | Dividend | | | | | | | |
| 219. -WMI common stock | A | Dividend | | | | | | | |
| 220 -WYE common stock | A | Dividend | | | | | | | |
| 221. -AFL common stock | A | Dividend | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -BAC common stock | A | Dividend | | | | | | | |
| 223. -BNI common stock | A | Dividend | | | | | | | |
| 224 -CYX common stock | A | Dividend | | | | | | | |
| 225. -C common stock | A | Dividend | | | | | | | |
| 226. -GCI common stock | A | Dividend | | | | | | | |
| 227. -GAIN common stock | A | Dividend | | | | | | | |
| 228. -HD common stock | A | Dividend | | | | | | | |
| 229. -ITW common stock | A | Dividend | | | | | | | |
| 230. -MCD common stock | A | Dividend | | | | | | | |
| 231. -MSFT common stock | A | Dividend | | | | | | | |
| 232. -MSF Mutual Fund | A | Dividend | | | | | | | |
| 233. -PFE common stock | A | Dividend | | | | | | | |
| 234. -WMT common stock | A | Dividend | | | | | | | |
| 235. -WFC common stock | A | Dividend | | | | | | | |
| 236. -UPPR OCCOYA (916277-GA-8) Bond | A | Dividend | | | | | | | |
| 237. -MO common stock | A | Dividend | | | | | | | |
| 238. -AXP common stock | A | Dividend | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS — _Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -D common stock | A | Dividend | | | | | | | |
| 240. -GE common stock | A | Dividend | | | | | | | |
| 241. -JNJ common stock | A | Dividend | | | | | | | |
| 242. -KFT common stock | A | Dividend | | | | | | | |
| 243. -MOT common stock | A | Dividend | | | | | | | |
| 244. Brokerage Account #9 (IRA) (Closed Oct 2007)-Past Trans. | | | | | | | | | |
| 245. -CBL&ASSC PPTY preferred stock | A | Dividend | | | | | | | |
| 246. -Equity Inns Inc preferred stock | A | Dividend | | | | | | | |
| 247. -TA common stock | A | Dividend | | | | | | | |
| 248. -JPM CAPTR preferred stock 46623-AA-2 | A | Dividend | | | | | | | |
| 249. -Cleveland Electric Bond | A | Dividend | | | | | | | |
| 250. -CODI Electric Stock | A | Dividend | | | | | | | |
| 251. -DEV DIV RLTY 251591-87-1 | A | Dividend | | | | | | | |
| 252. -New Plan Excel Realty TR 648990-34-9 | A | Dividend | | | | | | | |
| 253. -PS Business Parks 69360J-70-1 | A | Dividend | | | | | | | |
| 254. -Penn REIT SER PFD 709102-20-6 | A | Dividend | | | | | | | |
| 255. -Second BNCRP CAP TR 81311X-20-0 | A | Dividend | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -URSTADT BIDLE PPTYS CL A (UBA) | A | Dividend | | | | | | | |
| 257. -Telecom DE PR 87929SD-Aj-5 | A | Dividend | | | | | | | |
| 258. -ARE.C preferred stock | A | Dividend | | | | | | | |
| 259. -AIG common stock | A | Dividend | | | | | | | |
| 260. -ABW.A preferred stock | A | Dividend | | | | | | | |
| 261. -BBRE PPYY Preferred 05564E-40-3 | A | Dividend | | | | | | | |
| 262. -BVD Mutual Fund | A | Dividend | | | | | | | |
| 263. -CBL.C preferred stock | A | Dividend | | | | | | | |
| 264. -CDR common stock | A | Dividend | | | | | | | |
| 265. -CDR.A preferred stock | A | Dividend | | | | | | | |
| 266. -C.O. preferred stock | A | Dividend | | | | | | | |
| 267. -OFC.G preferred stock | A | Dividend | | | | | | | |
| 268. -DDR.G preferred stock | A | Dividend | | | | | | | |
| 269. -GOOD common stock | A | Dividend | | | | | | | |
| 270 -GLAD common stock | A | Dividend | | | | | | | |
| 271. -GOODO preferred stock | A | Dividend | | | | | | | |
| 272 -HPT common stock | A | Dividend | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing Instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -NBD common stock | A | Dividend | | | | | | | |
| 274. -NNN.C preferred stock | A | Dividend | | | | | | | |
| 275. -OLP common stock | A | Dividend | | | | | | | |
| 276. -PRE.C preferred stock | A | Dividend | | | | | | | |
| 277. -OUI preferred stock | A | Dividend | | | | | | | |
| 278. -BFS.A preferred stock | A | Dividend | | | | | | | |
| 279. -VMMXX Money Market | A | Dividend | | | | | | | |
| 280. -WFC common stock | A | Dividend | | | | | | | |
| 281. -BARCLAYS BK 06738C-K4-0 taxable bond | A | Interest | | | | | | | |
| 282. -BARCLAYS PERFORMO 06738C-MS-5 taxable bond | A | Interest | | | | | | | |
| 283. -CONSTLTN BRDS STZ16 taxable bond | A | Interest | | | | | | | |
| 284. -Credit Suisse 22541F-DN-3 taxable bond | A | Interest | | | | | | | |
| 285 -Donnelly R RRD14 taxable bond | A | Interest | | | | | | | |
| 286. -Fortune NT 349631-AL-5 taxable bond | A | Interest | | | | | | | |
| 287. -Elect Data STP 285561 AD-6 taxable bond | A | Interest | | | | | | | |
| 288. -Fund Amer Co 36077B-AA-5 taxable bond | A | Interest | | | | | | | |
| 289 -GE Global INSU 36158F-AC-4 taxable bond | A | Interest | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -GTE NTHWEST 36223R-AF-0) taxable bond | A | Interest | | | | | | | |
| 291. -INTL Lease 45974E-AC-0 taxable bond | A | Interest | | | | | | | |
| 292. -Markel Corp MKL 13 taxable bond | A | Interest | | | | | | | |
| 293. -Merrill MTN VAR 59018Y-B6-7 taxable bond | A | Interest | | | | | | | |
| 294. -Nextel Commu 65332V-BH-5 taxable bond | A | Interest | | | | | | | |
| 295. -PRECOR REFNG 74047P-AH-7 taxable bond | A | Interest | | | | | | | |
| 296. -RABOBANK 74977E-NM-1 taxable bond | A | Interest | | | | | | | |
| 297. -Royal Amern Bk 78004T-BG-2 taxable bond | A | Interest | | | | | | | |
| 298. -SLM Corp VAR 78490F-SZ-3 taxable bond | A | Interest | | | | | | | |
| 299. -SG BKSKT 4 CRNCO 78422X-LK-7 taxable bond | A | Interest | | | | | | | |
| 300. -SG CMS SPRD VAR 78422X-NH-2 taxable bond | A | Interest | | | | | | | |
| 301. -Washington 939671-AB-9 taxable bond | A | Interest | | | | | | | |
| 302. Brokerage Account #10(IRA) (Closed Oct 200) Past Trans. | | | | | | | | | |
| 303. -BBV Mutual Fund | A | Dividend | | | | | | | |
| 304 -BGR Mutual Fund | A | Dividend | | | | | | | |
| 305. -WSHCX | A | None | | | | | | | |
| 306. -Markel Corp taxable bond 570535-AE-4 | A | Interest | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J | 07/21/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. USAA S&P 500 Index Fund | A | Dividend | | | | | | | |
| 308. Robert W. Baird & Co. checking and cash management accounts | B | Interest | | | | | | | |
| 309. DRYFUSS money market accounts GGM 370375206 & GMA 370375107 | B | Interest | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _July 21, 2008_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 100 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | 9 | 500 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 3 | 524 | 167 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | 176 | 410 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | 40 | 000 | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 1 | 051 | 000 |
| Real estate owned-add schedule | 1 | 500 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 245 | 400 | Auto lease | | 9 | 600 |
| Cash value-life insurance | | 242 | 600 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 060 | 600 |
| | | | | Net Worth | 4 | 777 | 477 |
| Total Assets | 5 | 838 | 077 | Total liabilities and net worth | 5 | 838 | 077 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | Yes | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |